**UNITED STATES DISTRICT COURT**          **SOUTHERN DISTRICT OF TEXAS**

|  |  |  |
|---|---|---|
| DUANE EDWARD BUCK, | § | |
| | § | |
| Petitioner, | § | |
| | § | 03-386 |
| *versus* | § | MISC. ACTION NO. ~~03-368~~ |
| | § | |
| DOUGLAS DRETKE, Director, Texas | § | |
| Department of Criminal Justice, | § | **United States Courts** |
| Correctional Institutions Division, | § | **Southern District of Texas** |
| | § | **ENTERED** |
| Respondent. | § | **NOV 1 9 2003** |

**Michael N. Milby, Clerk of Court**

## Order Appointing Counsel

Because the defendant has satisfied this court that he cannot afford to employ

counsel, the court appoints **Stanley Schneider, Schneider & McKinney, P.C., 440**

**Louisiana, Suite 2110, Houston, Texas, 77002, telephone 713-951-9994**, to represent him

for purposes of preparing, filing and litigating an application for a post-conviction writ of

habeas corpus.  Mr. Schneider must enter an appearance as attorney-in-charge within ten

days from the date of this order.

Signed on this 17 day of November, 2003, at Houston, Texas.

MARY MILLOY
UNITED STATES MAGISTRATE JUDGE